PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Tina M Swain**                                   Case Number: **1:02CR00108**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **January 6, 2003**

Original Offense: **Mail Fraud**

Original Sentence: **6 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Released**     Date Supervision Commenced: **August 29, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 | Failure to pay restitution: The defendant was ordered to pay $19,604.04 restitution. To date, the defendant has paid $539.00 toward restitution. |

U.S. Probation Officer Action:
**The defendant earns approximately $1,000.00 per month. She has one daughter that lives with her and two children that live with their father in Florida. She pays $422.00 a month child support for her children in Florida, in addition to her monthly living expenses. Due to the defendant's limited income, she has made minimal payments toward her restitution. Due to an oversight, the defendant's supervision expired on 8-28-06. However, the government has been notified and the defendant has**

executed a Consent Agreement, which is attached. Therefore, no action is recommended.

Respectfully submitted,                                    Approved,

by _____                         by _____
Lorraine Cooper                                                John Cole
U. S. Probation Officer                                       Supervising U. S. Probation Officer
Date:   **October 27, 2006**                              Date:   **October 27, 2006**


[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

Nov 2, 2006
Date