## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO:  CR-1-02-108** |
| **vs.** | ) |
| | ) |
| **TINA M. SWAIN,** | ) **JUDGE DLOTT** |
| | ) |
| **SSN: XXX-XX-6052** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Select Hotels Group** | ) |
| | ) |
| **Garnishee.** | ) |

### APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney

for the Southern District of Ohio and for its cause of action alleges:

1.      Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests

the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Tina

M. Swain, also referred to as "debtor" or "judgment debtor" which is (or may become) in the

possession, custody or control of Select Hotels Group, Garnishee herein, for satisfaction of the

monies owed by said Defendant, to the United States of America upon the judgment entered against

the Defendant in the above-captioned case.

2.      This debt arises from the January 6, 2003 judgment entered in favor of the Plaintiff

against Defendant in  Action No. CR-1-02-108.  The amount of said judgment debt that remains

unpaid and due and owing is:  $20,919.04 ($19,069.04 principal and 1,850.00 penalty).  Plaintiff

further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

3.     Defendant's last known address is:  3437 Hollyglen Ct,  Cincinnati, OH  45251.

4.     Not less than 30 days has elapsed since demand for payment of the above stated debt was made upon debtor.  The last demand notice for payment was April 26, 2007.  Since that time the judgment debtor has failed to pay the amount due.

5.     The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

6.     The name and address of the Garnishee or its authorized agent is:

Select Hotels Group
71 S. Walker Drive., 12th FL.
Chicago, IL 60606

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Application for a Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 15th day of June, 2007 to:


Tina M. Swain
3437 Hollyglen Ct
Cincinnati, OH  45251

Select Hotels Group
Attn: Human Resources
71 S. Walker Drive., 12th FL.
Chicago, IL  60606


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney