## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

07 JUL 16 PM 3: 03

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO:  CR-1-02-108 |
| vs. | ) |
| | ) |
| TINA M. SWAIN, | ) JUDGE DLOTT |
| | ) |
| SSN: XXX-XX-6052 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Select Hotels Group | ) |
| | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

Charlene Baptiste _____, BEING DULY SWORN DEPOSES AND SAYS:

(Affiant)

A.    That he/she is the Payroll Accountant (state official title, relationship, etc.) of Garnishee, Select Hotels Group.

B.    On July 10 _____, 2007, Garnishee was served with the Writ of Continuing Garnishment.  As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ☑ Yes _____ No.  (If the answer is yes, complete items 1 and 2 below):

1.    Debtor's pay period is _____ weekly, ☑ bi-weekly, _____ semi-monthly, _____ monthly.  Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served)  Enter the date the above pay period ends. _____

2.    The amount of the Debtor's net wages are:
a) Gross Pay        795.60
b) Federal Income Tax    70.08
c) F.I.C.A. Income Tax    60.87
d) State Income Tax    17.40
e) Total of tax withholdings    148.35
f) Net Wages ( total is (a) less total of (e))    647.25

C.    Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __✓__ Yes _____ No.

If the answer is yes, describe below.

Child Support   ($211.84)   Ohio

_____

D.    In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest.

_____ Yes __✓__ No  (If the answer is yes, describe below)

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

E.    Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ _____ | |
| 2. | $ _____ | |
| 3. | $ _____ | |
| 4. | $ _____ | |

F.    Complete items 1 through 3 below, if applicable:

    1.    The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

                _____

                _____

                _____

    2.    The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

                _____

                _____

                _____

    3.    The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

                _____

                _____

                _____

G.    The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

        (1) Clerk U.S. District Court
        U.S. Postoffice & Courthouse, Rm #103
        Cincinnati, OH  45202

        (2) the Debtor:
Tina M. Swain
3437 Hollyglen Ct
Cincinnati, OH  45251

        (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401

                  *Charlene H. Smith*  312-706-7348
                  Garnishee & Telephone Number

Subscribe and sworn to before me this _____ day of _____, 2007.

                      _____
                      Notary Public
                      My Commission expires: _____

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

> Clerk U.S. District Court
> U.S. Postoffice & Courthouse, Rm #103
> Cincinnati, OH  45202

**and a copy of this Answer to:**

> Deborah F. Sanders
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio  43215-2401

**and a copy of this Answer to the Defendant:**

> Tina M. Swain
> 3437 Hollyglen Ct
> Cincinnati, OH  45251