IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff** ) | |
| ) | **CASE NO: CR-1-02-108** |
|     vs. ) | |
| ) | |
| **TINA M. SWAIN,** ) | **JUDGE DLOTT** |
| ) | |
| **SSN: XXX-XX-6052** ) | |
|     **Defendant,** ) | |
| ) | |
|     **and** ) | |
| ) | |
| **Select Hotels Group** ) | |
| ) | |
|     **Garnishee.** ) | |

**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE**

This is to certify under penalty of perjury that on August 27, 2007, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Tina M. Swain , c/o. Select Hotels Group - Ameri Suites, 12001 Chase Plz Dr., cincinnati, OH 45240.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

August 28, 2007.

I further certify under penalty of perjury that on June 27, 2007, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Select Hotels Group, Attn: Human Resources, 71 S. Walker Drive., 12th FL., Chicago, IL 60606.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on July 3, 2007.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Certification of Service on Judgment Debtor and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 11th day of September, 2007 to:

Tina M. Swain
3437 Hollyglen Ct
Cincinnati, OH  45251

Select Hotels Group
Attn: Human Resources
71 S. Walker Drive., 12th FL.
Chicago, IL  60606

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney