**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CASE NO:  CR-1-02-108** |
| **vs.** | ) |
| | ) |
| **TINA M. SWAIN,** | ) **JUDGE DLOTT** |
| | ) |
| **SSN: XXX-XX-6052** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Select Hotels Group** | ) |
| | ) |
| **Garnishee.** | ) |

**PLAINTIFF'S MOTION TO QUASH THE
GARNISHEE ORDER**

Plaintiff, United States of America,  pursuant to 28 U.S.C. §3205(10),  respectfully moves

this Honorable Court to quash the Garnishee Order (Doc.#30) filed on October 16, 2007 in the above

captioned case.  Plaintiff has received the notification from the Garnishee indicating that the

Garnishee is in no manner under liability to the Defendant  Tina M. Swain.   The Defendant no

longer is employed by the Garnishee (Exhibit A).  Therefore, it is respectfully requested that the

October 16, 2007 Garnishee Order against the property of  Tina M. Swain be quashed.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Plaintiff's Motion to Quash the Garnishee Order was

electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class

mail, postage prepaid, this 27th day of December, 2007 to:


Tina M. Swain
3437 Hollyglen Ct
Cincinnati, OH  45251

Select Hotels Group
Attn: Human Resources
71 S. Walker Drive., 12th FL.
Chicago, IL  60606


                    s/Deborah F. Sanders
                    DEBORAH F. SANDERS (0043575)
                    Assistant United States Attorney