

RECEIVED
DEC 1 2007
U.S. ATTORNEY - SDOH

## NOTIFICATION - EMPLOYEE'S FUNDS

**Notification to:**

Deborah F. Sanders
303 Marconi Boulevard, Suite 200
Columbus, OH          43215

**Notification from:**

Select Hotels Group LLC Corporation
200 West Monroe, 8th Floor
Chicago, IL 60606
312-706-7400

This letter certifies that the employment of the obligor listed below has been terminated:

**Obligor Name:**     Tina M Swain            **Case #:**    CR-1-02-108

**Obligor SSN:**      xxx-xx-6052

**Obligor's last known address:**

New employer's name and address:
(If known)

**Comments or additional information required:**

To whom it may concern:
Tina M. Swain funds will not allow for this garnishment
She has a previous garnishment before this one.

_____
Signature of Authorized Individual
Charlene Y. Baptiste
PAYROLL ACCOUNTANT

_____
Title of Authorized Individual



GOVERNMENT EXHIBIT