IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>TINA M. SWAIN,<br><br>SSN: XXX-XX-6052<br>Defendant,<br><br>and<br><br>Select Hotels Group<br><br>Garnishee. | )<br>)<br>) CASE NO: CR-1-02-108<br>)<br>)<br>) JUDGE DLOTT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash the Garnishee Order (Doc.#30) and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the October 16, 2007 Garnishee Order against the property of Tina M. Swain be quashed.

Date: Jan 3, 2008

_____
UNITED STATES DISTRICT JUDGE